<pre>
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT TACOMA
</pre>

SYLVESTER JAMES MAHONE,

          Plaintiff,

v.

PIERCE COUNTY, et al.,

          Defendants.

CASE NO. C14-5665BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Defendants' motion to revoke *in forma pauperis* status (Dkt. 10) is **DENIED**.

Dated this 10th day December, 2014.

                                                                        */s/ Benjamin H. Settle*
                                                                        BENJAMIN H. SETTLE
                                                                        United States District Judge