UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

                Plaintiff,

   v.

PIERCE COUNTY, PAUL PASTOR, TONY GENGA, GEORGE WASSON, TERRY REMBERT, JESSE BOYLE, SCOTT KASTEN, ILSOP LEE,

                Defendants.

No. C14-5665 BHS-KLS

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

      On June 15, 2015, Defendants filed a "motion to dismiss under FRCP 12(c) and/or FRCP 56." Dkt. 53. Defendants move for judgment on the pleadings and/or for summary judgment. *Id.* Attached to the motion are documents and evidence outside of the pleadings. *Id.* On July 1, 2015, the Court provided a notice to Plaintiff pursuant to *Woods v. Carey*, 684 F.3d 934, 935, 940–41 (9th Cir. 2012) and re-noted Defendants' motion for July 24, 2015. Dkt. 59. On July 20, 2015, Plaintiff filed a motion seeking an extension of his time to respond until September 31 [sic], 2015.

      Plaintiff, who is no longer incarcerated, moved to the State of Georgia on June 2, 2015. He states that he has not received "the full discovery from the Defendants sufficient to adequately respond" to the motion, that he has left messages with counsel for Defendants, and that he is caring for his 76 year old father who is hospitalized. Dkt. 60, p. 3.

ORDER - 1

The Court notes that the discovery deadline in this case expired in April 2015 (Dkt. 19), that the Court resolved Plaintiff's motion to compel on March 26, 2015 (Dkt. 49), Defendants filed a notice of compliance with the Court's order on the motion to compel (Dkt. 57), and that no further discovery motions or requests for extension of discovery have been filed. However, based on Plaintiff's family obligations and recent move, the Court finds that the extension requested is not unreasonable.

It is, therefore, **ORDERED:**

(1) The Clerk of Court shall **re-note** Defendants' motion to dismiss and/or for summary judgment (Dkt. 53) for **October 2, 2015.** Thus, Plaintiff's response to the motion is due on **September 28, 2015** and Defendants' reply is due on **October 2, 2015.**

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 3rd day of August, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2