UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

        Plaintiff,

v.

PIERCE COUNTY, et al.,

        Defendants.

CASE NO. C14-5665 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 77 . The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED.**

(2)    Defendants' motion for judgment on the pleadings and/or summary judgment (Dkt. 53) is **DENIED** as to Plaintiff's excessive force claim against Defendants Rembert, Kasten, Boyle, and Lee; Defendants' motion for judgment on the pleadings and/or summary judgment (Dkt. 53) is **GRANTED as to all remaining claims and defendants**.

Dated this 22nd day December, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER